

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2019

No. 04-19-00549-CR

David Michael **ESPIRITU,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9243
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Attorney Debra L. Parker is the court-appointed appellate counsel for Appellant David Michael Espiritu. On December 9, 2019, counsel filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967); *see also Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). The next day, counsel filed a motion to withdraw.

On December 11, 2019, we advised counsel that the December 9, 2019 *Anders* brief and the December 10, 2019 motion to withdraw did not comply with the requisite procedures. *See Kelly*, 436 S.W.3d at 319–20. We identified the defects in the documents and ordered counsel to file an amended brief and correcting documents.

The same day, counsel refiled the original brief and motion to withdraw. Counsel added a copy of counsel's December 11, 2019 letter to Appellant that corrected all but one of the defects in counsel's previous documents. Counsel advised Appellant that he may request a free copy of the appellate record, but counsel did not provide Appellant with a completed pro se motion, addressed to this court, for a free copy of the record. *See Kelly v. State*, 436 S.W.3d at 319–20 (requiring counsel to "include in [counsel's] letter to the appellant a form motion . . . lacking only the appellant's signature and the date").

Our December 11, 2019 order is SATISFIED IN PART pending counsel's providing written proof to this court that counsel has sent Appellant a form motion as required. *See Kelly*, 436 S.W.3d at 319–20.

We ORDER Debra L. Parker to provide written proof to this court within TEN DAYS of the date of this order that counsel has sent Appellant a motion for a free copy of the appellate record as required by *Kelly*. *See id.*

If Appellant wishes to file a pro se brief, he must file it with this court within THIRTY DAYS after counsel sends Appellant the motion for a free copy of the appellate record.

Although the State filed its brief waiver based on Appellant's initial brief, which we struck, because Appellant's December 11, 2019 brief is identical to the original brief, we will accept the State's brief waiver as effective unless the State notifies this court to the contrary within TEN DAYS of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court